**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

James H. Deloach
Warden of Draper Correctional Facility
P.O. Box 1107
Elmore, AL  36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell
☑ Agent
☐ Addressee

B. Received by ( Printed Name)
C Bell

C. Date of Delivery
2/8/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv99
order + peti...

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0002 8193 1149

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540