| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece... | A. Signature<br>X *Taylor*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 2/13/07 |
| Troy King<br>Attorney General for the State of AL<br>11 S. Union Street<br>Montgomery, AL 36101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv99<br>order + pet. |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1370 0008 8173 1101 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |