IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES PATRICK HAGAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-99-WHA |
| | ) | |
| JAMES H. DELOACH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on

February 26, 2007 (Court Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the respondents be GRANTED an extension from February 26,

2007 to and including March 19, 2007to file their answer to the petition.

Done this 27th day of February, 2007.


　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE