IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES PATRICK HAGAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-99-WHA |
| | ) | |
| JAMES H. DELOACH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the answer filed by the respondents on March 19, 2007 (Court Doc. No. 7), and for good cause, it is

ORDERED that on or before March 30, 2007 the respondents shall file a supplement to their answer which contains a copy of the memorandum opinion issued by the Alabama Court of Criminal Appeals on August 12, 2005 affirming the denial of Hagan's second Rule 32 petition.

Done this 20th day of March, 2007.

                                            /s/ Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE