**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CHARLES PATRICK HAGAN, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CASE NUMBER: 2:07-CV-99-WHA |
| ) | |
| JAMES H. DELOACH, et al., ) | |
| ) | |
| Respondent. ) | |

**PETITIONER: RESPONSE**

In its ORDER dated March 21, 2007, this Honorable Court directed the Petitioner to show cause as to why his Petition should not be dismissed. This Honorable Court set a deadline for any further pleading of April 9, 2007. The Petitioner elected at that time to file no responsive pleading, and hereby rests his case on the record as filed.

This the 29th day of May, 2007.

    Respectfully submitted,


    s/ Bruce A. Gardner
    Bruce A. Gardner
    P. O. Box 18636
    Huntsville, AL  35804-8636
    Phone:      (256) 533-5756
    Fax:           (256) 533-0046
    E-mail:       monna@gardnerlaw.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CHARLES PATRICK HAGAN, JR.,        ) | |
| )  | |
| Petitioner,        ) | |
| ) | |
| VS.        ) | CASE NUMBER: 2:07-CV-99-WHA |
| ) | |
| JAMES H. DELOACH, et al.,        ) | |
| ) | |
| Respondent.        ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Daniel W. Madison, Assistant Attorney General.

                                            Respectfully submitted,

                                            s/ Bruce A. Gardner
                                            Bruce A. Gardner
                                            P. O. Box 18636
                                            Huntsville, AL  35804-8636
                                            Phone:    (256) 533-5756
                                            Fax:      (256) 533-0046
                                            E-mail:   monna@gardnerlaw.org