IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES PATRICK HAGAN, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv99-WHA |
| ) | (WO) |
| JAMES H. DELOACH, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On July 16, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, which Recommendation is hereby adopted, it is

ORDERED and ADJUDGED that the instant § 2254 petition for habeas corpus relief be and is hereby DENIED and this case be and is hereby DISMISSED.

Done this the 6th day of August 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE